IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREG JOHNSON d/b/a POINT OF ROCKS RESTAURANT,<br><br>Plaintiff,<br><br>vs.<br><br>REZATTO 3, INC., d/b/a/ REVO INSURANCE ALLIANCE and REZATTO GROUP, and JOHN DOES 1-10,<br><br>Defendants. | CV 21–66–M–DWM<br><br>ORDER |

    Plaintiff Greg Johnson, d/b/a Point of Rocks Restaurant, filed a notice of amending the Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure based on the written consent of the opposing party. (Doc. 17.) Johnson seeks to add his wife, Angela Johnson, as a plaintiff and HUB International Insurance Services, Inc. as a defendant. Given Defendants' written consent,

    IT IS ORDERED that the Plaintiffs shall file their proposed amended complaint, (Doc. 17-1), as an Amended Complaint.

1

IT IS FURTHER ORDERED that the Court's October 24, 2021 Scheduling Order remains in full force and effect. The current schedule is binding on all parties to this case.

Dated this 8th day of April, 2022.

Donald W. Molloy, District Judge
United States District Court