IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREG JOHNSON d/b/a POINT OF ROCKS RESTAURANT, and ANGELA JOHNSON<br><br>Plaintiffs,<br><br>vs.<br><br>REZATTO 3, INC., et. al.,<br><br>Defendants. | CV 21–66–M–DWM<br><br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order of dismissal.

IT IS FURTHER ORDERED that all deadlines are VACATED and all pending motions are DENIED AS MOOT. The bench trial set for October 24, 2022, is VACATED.

Dated this 11th day of July, 2022.

_____
Donald W. Molloy, District Judge
United States District Court